UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| CFS-RELATED SECURITIES | ) | | |
| FRAUD LITIGATION | ) | Case No.: | 99-CV-825-TCK-SAJ |
| | ) | | **BASE FILE** |
| | ) | | |

**ORDER VACATING OCTOBER 5, 2005 MINUTE ORDER
WITH RESPECT TO AUSA PLAINTIFFS**

On October 11, 2005, the AUSA Plaintiffs in the above-referenced cases submitted a notice that no claims remain pending in the above-captioned actions and motion to vacate the Court's October 5, 2005 Minute Order setting certain pre-trial and trial deadlines (Dkt # 1228). For good cause, IT IS HEREBY ORDERED:

1. That the AUSA Plaintiffs are relieved from complying with the pre-trial and trial deadlines set in the Court's October 5, 2005 Minute Order; and

2. Because no further claims by the AUSA Plaintiffs remain pending, those Plaintiffs are dismissed from the In Re CFS-Related Securities Fraud Litigation.

SO ORDERED on _October 12_, 2005.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE

{42360}